United States District Court
Southern District of Texas
**ENTERED**
January 22, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KIMBERLY BLAIR OLANIYI, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:15-CV-3240 |
| | § | |
| TULLY MANGUM, *et al*, | § § | |
| Defendants. | § § | |

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Dismissal filed on December 8, 2015, it is hereby ORDERED that this action be dismissed without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

SIGNED at Houston, Texas, on this day of __JAN 2 1 2016__.

The Honorable Alfred H. Bennett
United States District Judge